IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAVE McCLOUD,           | 1:11-cv-001678 GSA (PC) |
|     Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
|     vs. | |
| LT. CONSTANCE WADDLE, et al., | FORTY-FIVE DAY DEADLINE |
|     Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 5, 2011, together with a declaration in support of a request to proceed in forma pauperis and a certified copy of his prison trust statement. (Docs. 1, 2.) However, Plaintiff has not filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on the proper form.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff is not required to submit another copy of his prison trust statement. **No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   October 6, 2011              /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE