# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAVE McCLOUD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LT. WADDLE, et al.,<br><br>　　　　　Defendants. | Case No.  1:11-cv-01678-AWI-BAM-PC<br><br>ORDER DISMISSING DEFENDANT C/O B.R. JACKSON<br><br>(Doc. No. 32) |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

　　　On August 26, 2015, Plaintiff and Counsel for Defendants submitted a stipulation for dismissal of Defendant C/O Jackson.  Plaintiff agrees to "dismiss his case against Jackson, with prejudice.  Each side to bear his own costs and fees."  Doc. No. 32.  The Court views this as a Rule 41(a)(1) stipulated dismissal.

　　　Accordingly, IT IS HEREBY ORDERED that Defendant C/O B.R. Jackson is dismissed with prejudice from this case.

IT IS SO ORDERED.

Dated:   September 24, 2015                       _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR   DISTRICT   JUDGE

1