# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAVE McCLOUD,<br><br>  Plaintiff,<br><br>  v.<br><br>LT. WADDLE,<br><br>  Defendant. | Case No.  1:11-cv-01678-DAD-BAM-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS |

Plaintiff Cleave McCloud, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Lieutenant Waddle for failure to protect Plaintiff in violation of the Eighth Amendment.

On November 19, 2015, Defendants filed a motion for summary judgment. Fed. R. Civ. P. 56.  Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. (ECF No. 34-5.)  Plaintiff's opposition was due on or before December 10, 2015.  To date, Plaintiff has not filed an opposition.

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion within **twenty-one (21) days.  Plaintiff is warned that failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

   Dated:   **December 29, 2015**            /s/ *Barbara A. McAuliffe*            _
                                      UNITED STATES MAGISTRATE JUDGE

1