# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAVE McCLOUD,<br><br>    Plaintiff,<br><br>    v.<br><br>LT. WADDLE,<br><br>    Defendant. | Case No. 1:11-cv-01678-DAD-BAM-PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF NO. 40)<br><br>RESPONSE DUE IN FOURTEEN DAYS |

Plaintiff Cleave McCloud is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This action currently proceeds on Plaintiff's October 5, 2011, complaint against Defendant Waddle for failure to protect Plaintiff in violation of the Eighth Amendment.

On November 19, 2015, Defendants filed a motion for summary judgment under Federal Rule of Civil Procedure 56. (ECF No. 34.) Plaintiff failed to file opposition to the motion and on December 29, 2015, Plaintiff was ordered to file opposition to the motion for summary judgment. (ECF No. 37.) Plaintiff failed to do so and on February 1, 2016, a recommendation of dismissal was entered, recommending that this action be dismissed for failure to prosecute and failure to obey a court order. On February 22, 2016. Plaintiff filed objections to the findings and recommendations, along with a request for the appointment of counsel. (ECF No. 39.) On

1  March 2, 2016, an order was entered, vacating the findings and recommendations and denying
2  Plaintiff's request for the appointment of counsel, and directing Plaintiff to file an opposition to
3  the motion for summary judgment. (ECF No. 40.) Plaintiff was expressly warned that failure to
4  comply with that order would result in dismissal of his action, with prejudice, for failure to
5  prosecute. (Id. at 3:15.)   On April 1, 2016, Plaintiff filed a motion for extension of time to file
6  an opposition, which was granted on April 4, 2016. (ECF No. 41.)  Plaintiff was granted an
7  extension of time of thirty days. To date, Plaintiff has not filed an opposition, or otherwise been
8  in contact with the Court.  Plaintiff will be permitted one final opportunity to show cause why
9  this action should not be dismissed with prejudice.

10  Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause by WRITTEN
11  response within **fourteen (14) days** of service or this order why this action should not be
12  dismissed, with prejudice, for failure to obey the Court's order and for failure to prosecute.
13  **Plaintiff is warned that if the response does not show GOOD CAUSE, this matter will be**
14  **dismissed with prejudice**.

IT IS SO ORDERED.

Dated:   **May 17, 2016**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE